JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGILE SOURCING PARTNERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEAN DEMPSEY and E2 CONSULTING ENGINEERS, INC., <br><br> Defendants. | Case No. 5:21-CV-00773-JGB-SPx <br><br> **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> Complaint Filed: April 30, 2021 |

The Court **DISMISSES** this action in its entirety, and all claims filed therein, with prejudice. Each party shall bear its own fees and costs, including their respective attorneys' fees. The Court retains jurisdiction of this action to enforce the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: July 28, 2021

_____
Hon. Jesus G. Bernal
United States District Judge